*O'Quin* for respondent.

No. 221. JACKSON SECURITIES & INVESTMENT CO. *v.* SNEAD, COLLECTOR OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Douglas Arant* and *Harry Friedman* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

Nos. 222 and 223. AMERICAN STEAM CONVEYOR CORP. *v.* UNITED STATES. October 14, 1935. Petition for writs of certiorari to the Court of Claims denied. *Mr. J. Nelson Anderson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 224. GRAVEL PRODUCTS CORP. *v.* BUFFALO GRAVEL CORP. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Karl Fenning* for petitioner. *Mr. John S. Powers* for respondent.

No. 228. RANDOLPH ET AL., TRUSTEES, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Richard S. Doyle, Stanley S. Waite, Abraham Lowenhaupt,* and *Francis M. Curlee* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs.*